**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Thomas R. Nock, | : | |
| Debtor. | : | Bankruptcy No. 18-10045JKF |

## ORDER OF DISMISSAL

AND NOW, Debtor having moved for the voluntary dismissal of his Chapter 13 case and no objection having been filed thereto, it is hereby **ORDERED** that the Debtor's motion is **GRANTED** and Debtor's bankruptcy case is **VOLUNTARILY DISMISSED**.

_____
United States Bankruptcy Judge

Dated: May 10, 2018

bf10.frm
(1-7-92)