United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-10045-jkf
Thomas R. Nock                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi               Page 1 of 2          Date Rcvd: May 11, 2018
                              Form ID: pdf900           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
```
db            +Thomas R. Nock,    2560 Belmont Avenue, Apt. 303,    Philadelphia, PA 19131-2702
14036025      +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                Syosset, NY 11791-4401
14036026       Educational Credit Management Corporatio,    P.O. Box 16408,    Saint Paul, MN 55116-0408
14060055       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14036027       Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14036032     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
14036031      +The Inlis House at Belmont,    2560 Belmont Avenue,    Philadelphia, PA 19131-2700
14071973      +Toyota Motor Credit Corp.,    c/o Kevin G. McDonald, Esq.,    KML Law Group P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14047203      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 12 2018 02:10:01     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2018 02:09:57     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2018 02:34:17      Orion (VERIZON),
                c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14070119      +E-mail/Text: bankruptcy@cavps.com May 12 2018 02:09:52     Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14036023      +E-mail/Text: bankruptcy@cavps.com May 12 2018 02:09:52     Cavalry SPV I, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-1340
14036024      +E-mail/Text: equiles@philapark.org May 12 2018 02:10:31     City of Philadelphia,
                Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
14036028      +E-mail/Text: cio.bncmail@irs.gov May 12 2018 02:09:03     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
14072750       E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2018 02:16:09
                LVNV Funding, LLC its successors and assigns as,     assignee of CVF Consumer Acquisition,
                Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14036238      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2018 02:16:23
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14036029      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 02:09:14
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14036030       E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2018 02:16:09
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
14041240*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi              Page 2 of 2             Date Rcvd: May 11, 2018
                              Form ID: pdf900          Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Thomas R. Nock dmo160west@gmail.com,  davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Thomas R. Nock, | : | |
| Debtor. | : | Bankruptcy No. 18-10045JKF |

## ORDER OF DISMISSAL

AND NOW, Debtor having moved for the voluntary dismissal of his Chapter 13 case and no objection having been filed thereto, it is hereby **ORDERED** that the Debtor's motion is **GRANTED** and Debtor's bankruptcy case is **VOLUNTARILY DISMISSED**.

_____
United States Bankruptcy Judge

Dated:   May 10, 2018

bf10.frm
(1-7-92)